**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**David Jeffrey TOLL, Respondent.**

**No. 595 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 23, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 23rd day of May, 2000, there having been filed with this Court by David Jeffrey Toll his verified Statement of Resignation, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of David Jeffrey Toll be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

been entered by this Court on May 16, 2000, and upon consideration of the response filed, it is hereby ORDERED that:

1. The Rule is made absolute and respondent is placed on temporary suspension until further definitive action by this Court;

2. Respondent shall comply with the provisions of Rule 217, Pa.R.D.E.;

3. The President Judge of the Court of Common Pleas of Allegheny County, in accordance with Rule 217, Pa.R.D.E., shall take such further action and make such further orders as may appear necessary to protect the rights and interests of respondent's clients; and

4. All financial institutions in which respondent holds fiduciary funds shall freeze such accounts pending further Order of this Court.

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.